NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


SOUTH TAMPA PAINTBALL, LLC, and )
CASEY HENRY, )
)
      Petitioners, )
)
v. )     Case No. 2D18-2979
)
AMY ABDNOUR and AIM )
INDUSTRIES, LLC, )
)
      Respondents. )
_____ )

Opinion filed January 16, 2019.

Petition for Writ of Certiorari to the Circuit
Court for Hillsborough County; Claudia R.
Isom, Judge.

K. Mitch Espat of Powell & Espat, Tampa,
for Petitioners.

J. Scott Taylor, Tampa, for Respondents.


PER CURIAM.

      Denied.


KHOUZAM, BLACK, and BADALAMENTI, JJ., Concur.